IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUINYATTA J. HARRELL,

Plaintiff,

v.

DEREK MORGAN, *et al.*,

Defendants.

Case No.19-cv-1089 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 26, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**